UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   WILLARD RANDOLPH ABBOTT          CASE NO. 20-10016
   CHRISTINE VANGILDER ABBOTT        JUDGE BENJAMIN A. KAHN
   1028 BROWNING ROAD
   GREENSBORO, NC  27410

      DEBTORS

SSN(1) XXX-XX-8371    SSN(2) XXX-XX-8686      DATE: 06/29/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRSTPOINT COLLECTION RESOURCE<br>2840 ELECTRIC RD STE 202<br>ROANOKE, VA  24018-3544 | $0.00<br>INT: .00%<br>NAME ID: 8198<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FORD MOTOR CREDIT CO<br>P O BOX 542000<br>OMAHA, NE  68154 | $0.00<br>INT: .00%<br>NAME ID: 34245<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI  48255-0953 | $2,114.31<br>INT: 6.75%<br>NAME ID: 58390<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 9610<br>COMMENT: 12FORD |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0018 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $19,875.69<br>INT: 5.00%<br>NAME ID: 123769<br>CLAIM #: 0008 | (S) SECURED<br><br>ACCT: 10TX<br>COMMENT: OC,820A,320A, 320A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $3,929.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0015 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC,820A,320A, 320A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $12,313.12<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: &PEN<br>COMMENT: 820A,320A, 320A |
| LEBAUER GASTROENTEROLOGY<br>530 N ELM AVE<br>GREENSBORO, NC  27403 | $0.00<br>INT: .00%<br>NAME ID: 180761<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C HOUSING FINANCE AGENCY<br>3508 BUSH ST<br>RALEIGH, NC  27609 | $0.00<br>INT: .00%<br>NAME ID: 45097<br>CLAIM #: 0011 | (S) SECURED<br>DIRECT PAY<br>ACCT: 2199<br>COMMENT: DT,RE RP,DIR |
| NEWREZ LLC DBA SHELLPOINT MTG SERVICING<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | MONTHLY PMT  $1,425.97<br>INT: .00%<br>NAME ID: 176732<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 8681<br>COMMENT: DT,RE RP,CTD,EFF JUL20,121A,1020TFCL |
| NEWREZ LLC DBA SHELLPOINT MTG SERVICING<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | $30,078.54<br>INT: .00%<br>NAME ID: 176732<br>CLAIM #: 0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 8681<br>COMMENT: ARR THRU JAN20,1020TFCL |
| NEWREZ LLC DBA SHELLPOINT MTG SERVICING<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | $6,790.25<br>INT: .00%<br>NAME ID: 176732<br>CLAIM #: 0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 8681<br>COMMENT: ARR,FEB THRU JUN20,1020TFCL |
| NEWREZ LLC DBA SHELLPOINT MTG SERVICING<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | $250.00<br>INT: .00%<br>NAME ID: 176732<br>CLAIM #: 0019 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 8681<br>COMMENT: POST PET FEE,1020TFCL |
| SARAH E PROFFITT<br>3304 HIGH RIDGE COURT<br>GREENSBORO, NC  27410 | $26,115.27<br>INT: .00%<br>NAME ID: 180762<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT:<br>COMMENT: |
| STEARNS FORD INC<br>602 ALAMANCE RD<br>BURLINGTON, NC  27215 | $0.00<br>INT: .00%<br>NAME ID: 18479<br>CLAIM #: 0010 | (S) SECURED<br>SURRENDERED<br>ACCT: 5060<br>COMMENT: 10FORD,REL,220A |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $215.80<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| WEST COAST CAPITAL GROUP INC<br>% FCI LENDER SERVICES INC<br>P O BOX 27370<br>ANAHEIM, CA  92809 | $31,436.67<br>INT: 5.00%<br>NAME ID: 181671<br>CLAIM #: 0001 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 3034<br>COMMENT: DT,RE RP,FLPY |
| WEST COAST CAPITAL GROUP INC<br>% FCI LENDER SERVICES INC<br>P O BOX 27370<br>ANAHEIM, CA  92809 | $1,000.00<br>INT: .00%<br>NAME ID: 181671<br>CLAIM #: 0020 | (F1) FULL PAY MH/RP - FEES<br><br>ACCT: 3034<br>COMMENT: POST PET FEES,1220A |
| **TOTAL:** | **$135,596.62** | |
| MICHAEL C TALIERCIO<br>BLACK SLAUGHTER & BLACK PA<br>P O BOX 41027<br>GREENSBORO, NC  27404 | $4,750.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/29/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
Attorney for Debtors - Electronic Notice